PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JUSTIN L. MARTIN, MO 62255
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-3735
      E-Mail: justin.l.martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHERI BASTIAANS, | Civil No. 2:24-cv-03107-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |
| vs. | |
| CAROLYN COLVIN,<br>Acting Commissioner of Social Security,[1] | |
| Defendant. | |

Pending the Court's approval, the parties stipulate through their respective counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a forty-five-

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. For Ext; 2:24-cv-03107-AC                    -1-

day extension of time to respond to Plaintiff's Complaint in this case from January 14, 2025, up to and including February 28, 2025. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due to be filed by January 14, 2025. Defendant has not previously requested an extension of this deadline.

2. In accordance with the Federal Rules of Civil Procedures, recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), the Commissioner files a certified administrative record (CAR) as the Answer to a Complaint for review.

3. Counsel for the Commissioner has been informed by the client agency, which is the Social Security Administration, Office of Appellate Operations, that the CAR is not fully prepared in this matter. The client agency therefore needs more time to prepare the CAR for the Court's review.

4. For this reason, Defendant requests an extension to February 28, 2025 (45 days), to file an Answer or other response in this matter.

5. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that she has no objection to this extension request.

6. This request is made in good faith and is not intended to delay the proceedings in this matter.

7. I am attempting to preserve limited judicial resources and have applied the most rapid response under the circumstances.

WHEREFORE, Defendant requests until February 28, 2025, to respond to Plaintiff's Complaint.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATE: January 8, 2025 | Law Offices of Lawrence D. Rohlfing |
|  | /s/ Steven Gilbert Rosales* <br> STEVEN GILBERT ROSALES <br> Attorney for Plaintiff <br> (*as authorized via email on January 7, 2025) |
|  | PHILLIP A. TALBERT <br> United States Attorney |
|  | MATHEW W. PILE <br> Associate General Counsel <br> Office of Program Litigation, Office 7 <br> Social Security Administration |
| DATE: January 8, 2025      By | s/ Justin L. Martin <br> JUSTIN L. MARTIN <br> Special Assistant United States Attorney |
|  | Attorneys for Defendant |

ORDER

Pursuant to stipulation, it is so ordered.

DATE: January 8, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE