# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI BASTIAANS, | Case No.: 2:24-cv-03107-AC |
| Plaintiff, | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES |
| vs. | PURSUANT TO 28 U.S.C. § 2412(d) |
| FRANK BISIGNANO, Commissioner of Social Security, | AND COSTS PURSUANT TO 28 U.S.C. §§ 1920; 2412 |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $8,780.07 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE: February 17, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-